# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| V. | : CRIMINAL NO. 22-79-5 |
| | : |
| DAVID TILLERY | : |

## ORDER

AND NOW, this 17th day of May, 2022, upon consideration of the Defendant's Unopposed Motion to Join in Co-counsel's Motion, it is hereby **ORDERED** Mr. Tillery is granted be allowed to join in Co-Counsel's Motion to Extend Time to File Pretrial Motions and Continue Trial Date.

BY THE COURT:

_/s/ Cynthia M. Rufe, J._
Cynthia M. Rufe, Judge
United States District Court